**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 3:14−bk−03257−JAF
                                                                                        Chapter 7
Jeremiah T. Stokes
aka Jeremiah Terence Stokes



      Debtor*      /


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On July 3, 2014 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   A fully completed Summary of Schedule Statistical Summary of Certain Liabilities and Related Data, Schedules A through J and Statement of Financial Affairs were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the debtor is directed to file the missing schedules with proper declaration of the debtor within 14 days.

   A link to updated forms is available on the Court's website at:
   http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $30.00 amendment fee and provide Proof of Service of the Notice of Commencement of Case to each additional creditor.

   The Statement of Current Monthly Income and Means Test Calculaton pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C § 521(a)(1)(B)(v) (Official Form B22A) was not signed, filed or filed on an outdated form. The Debtor is directed to file a signed Statement of Current Monthly Income and Means Test Calculation using the current form within 14 days. A link to updated forms is available on the Court's website at: http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

   A signed Statement of Intentions by Individual Chapter 7 Debtor was not filed. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C § 521(a)(2)A), the Debtor is directed to file a Statement of Intentions, signed under penalty of perjury within 30 days.

   The attorney for Debtor did not file a Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for the debtor is directed to file a Statement of Compensation within 14 days from the filing of the petition. Failure of attorney for the debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

   The Debtor shall pay unpaid filing fees in the amount of N/A within 7 days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below. No fee issues

|  |  |
|---|---|
| Dated: July 7, 2014 | FOR THE COURT<br>Lee Ann Bennett , Clerk of Court<br>300 North Hogan Street Suite 3–350<br>Jacksonville, FL 32202 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.